

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Armando YANEZ-Santander,<br><br>Defendant. | Magistrate Case No. '22 MJ3416<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry after Deportation |

The undersigned complainant, being duly sworn states:

On or about September 18, 2022, within the Southern District of California, Defendant Armando YANEZ-Santander, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of September 2022.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On September 18, 2022, at approximately 6:56 P.M., Armando YANEZ-Santander (Defendant), applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant gave the name Celestino Lopez, orally claimed to be a United States citizen and said he was traveling to San Ysidro, California with nothing to declare from Mexico. The CBP Officer queried Defendant's information and received a computer-generated alert. Defendant was referred to secondary inspection for further processing.

In secondary, Defendant gave the same name and said he was a United States citizen born in Texas. Defendant was queried by ten-digit fingerprint submission in the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT), and his true identity was ascertained. IAFIS and IDENT returned a match to the query linking Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) service records. DHS records identified Defendant as a citizen of Mexico and a previously deported alien.

Further DHS records confirmed Defendant is a citizen of Mexico without documents or entitlements to enter the United States. DHS records revealed Defendant was ordered removed from the United States to Mexico by an Immigration Judge on or about November 4, 2020, and was subsequently physically removed from the United States to Mexico on or about April 7, 2021 via San Ysidro, California. Defendant was most recently removed from the United States to Mexico on or about May 27, 2022, via San Ysidro, California, pursuant to an Expedited Removal Order. DHS records contain no evidence Defendant has applied for or received permission from the United States Attorney General or his designated successor, the Secretary of the Department of Homeland Security, to legally re-enter the United States.

On September 19, 2022, at approximately 12:24 A.M, during a video-recorded interview, Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted he is a citizen of Mexico without documents to enter the United States. Defendant admitted he was previously removed from the United States to Mexico and did not apply for or obtain permission to re-enter the United States. Defendant admitted he told officers he was a United States Citizen born in Texas. Defendant said he was traveling to San Diego, California.